## Howard K. Morse, Appellant, v. Association of Arts and Industries, Appellee.

### Gen. No. 41,068.

BURKE, J., dissenting.

opinion filed June 19, 1940. Burry,

264

Johnstone, Peters & Dixon, for appellant; John C. Trussell, of counsel; Wetten, Pegler & Dale, for appellee. Opinion by PRESIDING JUSTICE DENIS E. SULLIVAN. ''Not to be published in full.''